IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

**BENJAMIN FREEMAN**

                             Plaintiff/Petitioner

vs.

**USCUTTER, INC., A DELAWARE
CORPORATION**

                          Defendant/Respondent

Cause No.:    **15-cv-252-RSL**

Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **26th day of February, 2015** at **12:00 PM** at the address of **505 UNION AVE SE STE 120, OLYMPIA, Thurston County, WA 98501**; this declarant served the above described documents upon **USCUTTER, INC., A DELAWARE CORPORATION c/o NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **JEFF MINER, REGISTERED AGENT, person of unknown relation to subject, who accepted service, with identity confirmed by verbal communication, a white male approx. 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 74.50**

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 2

For: **Scott, Kinney & Fjelstad**
Ref #: **FREEMAN-DLM**

Tracking #: **0006207105**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this _27th_ day of _February_, 20_15_

_____
Scott Gogan, Reg. # 11-0127-04, Thurston County, WA

For: Scott, Kinney & Fjelstad
Ref #: FREEMAN-DLM

Tracking #: 0006207105